IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:17-CV-419-D

| | | |
|---|---|---|
| LISA LYNN SHANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANDREW SAUL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 42 U.S.C. §406(b) and under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff's attorney's fee are awarded in the amount of $6,664.10.

SO ORDERED. This the 4 day of Jun 2020.

JAMES C. DEVER III
United States District Judge