UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LISA LYNN SHANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-419-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to 42 U.S.C. §406(b) and under the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412, Plaintiff's attorney fees are awarded in the amount of $6,664.10.

**This Judgment Filed and Entered on June 4, 2020, and Copies To:**
Vance Edward Jennings                    (via CM/ECF electronic notification)
Mark J. Goldenberg                         (via CM/ECF electronic notification)


DATE:                                        PETER A. MOORE, JR., CLERK
June 4, 2020                         (By) /s/ Nicole Sellers
                                                  Deputy Clerk