UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LISA LYNN SHANER,  )<br>  )<br>          Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>ANDREW M. SAUL, Commissioner of Social  )<br>Security,  )<br>          Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-419-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under section 206(b) of the Act in the amount of $6,000.00.

**This Judgment Filed and Entered on July 20, 2020, and Copies To:**
Vance Edward Jennings	(via CM/ECF electronic notification)
Mark J. Goldenberg	(via CM/ECF electronic notification)


DATE:	PETER A. MOORE, JR., CLERK
July 20, 2020	(By) /s/ Nicole Sellers
	Deputy Clerk